## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD FORD, | : | CIVIL NO.: 1:20-cv-02333 |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| BROOKE WOOD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
February 2, 2021

The plaintiff, Edward Ford ("Ford"), originally brought this action in the United States District Court for the Eastern District of Pennsylvania. *Doc. 2*. Ford proceeded *pro se* and filed an application to proceed *in forma pauperis*, as well as a motion to appoint counsel. *Docs. 1, 4*. Judge Beetlestone granted Ford's motion to appoint counsel and transferred Ford's action to the Middle District of Pennsylvania. *Docs. 6, 8*. Ford filed another application to proceed *in forma pauperis*. *Doc. 11*. We entered a 30-day administrative order on January 19, 2021, after which Ford paid the filing fee. *Docs. 12, 13*. Thus, Ford having paid the filing fee, **IT IS ORDERED** that the complaint is deemed filed and the Clerk of Court shall issue a summons in this matter. *Doc. 2*. **IT IS FURTHER**

**ORDERED** that Ford's application to proceed *in forma pauperis* (*doc. 11*) is

**DENIED AS MOOT**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge