IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD FORD, | : | |
|     Plaintiff | : | No. 1:20-cv-02333 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| BROOKE WOOD, PA-C, et al., | : | (Magistrate Judge Schwab) |
|     Defendants | : | |

# ORDER

    **AND NOW**, on this 27th day of February 2023, in accordance with the accompanying Memorandum and upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 60) of Magistrate Judge Schwab;

2. Defendants' objections (Doc. No. 61) are **OVERRULED**;

3. Defendants' motion for summary judgment (Doc. No. 36) is **GRANTED IN PART and DENIED IN PART**, as follows:

   a. The motion is **GRANTED** as to Plaintiff's claims against Defendant Buschman.  Entry of judgment in favor of Buschman and against Plaintiff will be deferred until the conclusion of the case;

   b. The motion is **DENIED** as to Plaintiff's claims against Defendants Wood and Magyar; and

4. This case is **RECOMMITTED** to Magistrate Judge Schwab.

.

                                                                                    s/ Yvette Kane
                                                                                Yvette Kane, District Judge
                                                                                 United States District Court
                                                                                 Middle District of Pennsylvania